UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| In re Sankona Graham, | Case No.  2:26-cv-00044-CDS-MDC |
|---|---|
| | **Order** |

Sankona Graham, who is in the custody of the Nevada Department of Corrections, has submitted a document that he titles Initiating Documents and Fee. ECF No. 1-1.  He has not submitted a 42 U.S.C. § 1983 civil rights complaint or a 28 U.S.C. § 2254 petition for writ of habeas corpus. Nor has he filed an application to proceed *in forma pauperis* or paid the filing fee for either a civil rights complaint or habeas petition. It is unclear which type of action he is trying to initiate. Graham refers in the document to a $5.00 filing fee. He also cites previous cases that he has filed in this Court. The first case is a habeas petition that this Court dismissed as unexhausted and premature (2:25-cv-00229), the second case is a habeas petition that this Court stayed while Graham litigates his state postconviction habeas corpus petition (2:25-cv-01002), and the third case is a recently-filed civil rights complaint (2:25-cv-02612).

It is therefore ordered that by **February 19, 2026**, Graham must file either a 42 U.S.C. § 1983 civil rights complaint or a habeas petition. He must also either pay the corresponding filing fee ($405 for a civil rights complaint, $5 for a habeas petition) or file a fully completed application to proceed *in forma pauperis* with the financial certificate and an inmate trust fund account statement for the previous six-month period.

If Graham does not comply with this order by the deadline, the Court will dismiss this case without prejudice and without further notice.

Dated: January 20, 2026

_____
Cristina D. Silva
United States District Judge